IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| IN RE:<br>Thomas O'Neill,<br><br>Debtor | )<br>)<br>)<br>)<br>)<br>)<br>) | Bankruptcy No.    18-17811<br>Chapter 7<br><br>Judge A. Benjamin Goldgar |

## DEBTOR'S FINAL REPORT PURSUANT TO BANKRUPTCY RULE 1019

NOW COMES the Debtor, Thomas O'Neil., by and through his attorneys, David P. Lloyd, Ltd., and, pursuant to Rule 1019 of the Rules of Bankruptcy Procedure, make the following final report.

1. This case was filed as a Chapter 11 on June 22, 2018.

2. The case was converted to a Chapter 7 on the motion of the Debtor on January 22, 2019.

3. The Debtor incurred the following debts after the filing of the petition and before conversion of the case:    NONE

5. The Debtor obtained the following property after the filing of the petition and before conversion of the case: None, except income reported in the monthly reports filed by the Debtor.

6. The Debtor entered into the following executory contracts and unexpired leases after the filing of the petition and before conversion of the case:    NONE

Respectfully submitted,
Thomas O'Neill

By: _____
Thomas O'Neill

David P. Lloyd
David P. Lloyd, Ltd.
615B S. LaGrange Rd.
LaGrange IL  60525
708-937-1264
Fax: 708-937-1265