**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | | |
|---|---|---|
| In re: | ) | Chapter 7 |
| | ) | |
| THOMAS O'NEILL, | ) | Case No. 18-17811 |
| | ) | |
| Debtor. | ) | Hon. A. Benjamin Goldgar |

**NOTICE OF MOTION**

TO:    SEE ATTACHED SERVICE LIST

PLEASE TAKE NOTICE that on Monday, April 26, 2021, at 9:30 a.m. or as soon thereafter as counsel may be heard, we shall appear before the Honorable A. Benjamin Goldgar or before any other judge who may be sitting in his place, and present the attached **Motion to Sell Property of the Estate**, a copy of which is attached.

**This motion will be presented and heard electronically using Zoom for Government**. No personal appearance in court is necessary or permitted. To appear and be heard on the motion, you must do the following:

**To appear by video**, use this link: https://www.zoomgov.com/. Then enter the meeting ID and password.

**To appear by telephone**, call Zoom for Government at 1-669-254-5252 or 1-646-828-7666. Then enter the meeting ID and password.

**Meeting ID and password**. The meeting ID for this hearing is 161 500 0972 and the passcode is 726993. The meeting ID and passcode can also be found on the judge's page on the court's web site.

**If you object to this motion** and want it called on the presentment date above, you must file a Notice of Objection no later than two (2) business days before that date. If a Notice of Objection is timely filed, the motion will be called on the presentment date. If no Notice of Objection is timely filed, the court may grant the motion in advance without a hearing.

Dated:  March 22, 2021                         CATHERINE STEEGE, not individually but as Chapter 7 trustee for the bankruptcy estate of each of the above-captioned debtor.

                                                                    /s/Catherine Steege
                                                                    One of Her Attorneys

Catherine Steege (6183529)
JENNER & BLOCK LLP
353 N. Clark Street
Chicago, Illinois 60654-3456
(312) 222-9350
(312) 527-0484

*Counsel for the Chapter 7 Trustee*

2

## CERTIFICATE OF SERVICE

I, Catherine Steege, an attorney, hereby certify that on March 22, 2021, copies of the **Motion to Sell Property of the Estate** were served by Court's ECF system on all counsel of record and by first-class mail on the Claimant, as identified in the attached Service List.

*/s/Catherine Steege*
Catherine Steege

Catherine Steege (6183529)
JENNER & BLOCK LLP
353 N. Clark Street
Chicago, Illinois 60654-3456
(312) 222-9350
(312) 527-0484

*Counsel for the Chapter 7 Trustee*

**Service List**
(Case No. 14-08893)

**VIA ECF Notification:**

- Firas M. Abunada    fmabunada@jprlaw.net
- Peter C Bastianen    ND-Four@il.cslegal.com
- John S Biallas    jsb70@comcast.net
- Elizabeth R Brusa    elizabeth.brusa@usdoj.gov
- Abraham Brustein    abrustein@dimonteandlizak.com, jjarke@dimontelaw.com
- Michael K Desmond    mdesmond@fslegal.com
- Timothy M Kelly    tkelly@scannelllaw.com
- Patrick S Layng    USTPRegion11.ES.ECF@usdoj.gov
- David P Lloyd    courtdocs@davidlloydlaw.com
- Thomas M Lombardo    tlombardo@dimontelaw.com, MRUSSELL@DIMONTELAW.COM;kgezunterman@dimontelaw.com
- Jacqueline Opyd    jdo@jtlawllc.com, lld@jtlawllc.com
- Michael J Palumbo    michael@gplawllc.com, anthony@gplawllc.com
- Thomas J Scannell    tomscannell@scannelllaw.com
- M. Gretchen Silver    ustpregion11.es.ecf@usdoj.gov, gretchen.silver@usdoj.gov;denise.delaurent@usdoj.gov
- Jean Soh    jsoh@polsinelli.com, chicagodocketing@polsinelli.com
- Thomas W Toolis    twt@jtlawllc.com, lld@jtlawllc.com;reception@jtlawllc.com
- Amanda J Wiese    bankruptcy@hsbattys.com, bk4hsbm@gmail.com; hbm@ecf.courtdrive.com

**By First Class Mail:**

Sandra T. Rasnak, Esq.
U.S. Trustee's Office
Suite 800
219 S. Dearborn Street
Chicago, Illinois  60606

Thomas O'Neill
5805 Rose Ave., Apt. 6
Countryside, IL 60525

Adam Kiwior
11828 Brook Ct.
Frankfort, IL 60423

Ainslee Lautenbach
10733 White Tail Run
Orland Park, IL 60467

America Express Head Office
World Financial Center
200 Vesey Street
New York, NY 10285

Bill Biros
10941 S. Washtenaw
Chicago, IL 60655

Bob & Pam Persak
13574 Cambridge Dr.
Lemont, IL 60439

Bob Persak Sr.
13755 Golden Oak Dr.
Homer Glen, IL 60491

Bob Persak Sr.
13574 Cambridge Dr.
Lemont, IL 60439

Chicago Housing Inc.
4615 Center Blvd., Apt. 1904
Long Island City, NY 11109

DAS Properties
PO Box 9590
Naperville, IL 60567

Dave Lautenbach
10733 White Tail Run
Orland Park, IL 60467

Dave Lewandowski
10539 Misty Hill
Orland Park, IL 60462

Discover
PO Box 15316
Wilmington, DE 19850

Ellott Aronson
250 West St., Apt. 9E
New York, NY 10013

Faith Baptist Church
1280 Armour Rd.
Bourbonnais, IL 60914

Finance of America
1011 Warrenville Road, Ste. 325
Lisle, IL 60532

Fund That Flip, Inc.
c/o Gingo Palumbo Law Group LLC
4700 Rockside Rd., Suite 440
Independence, OH 44131

Fund That Flip, Inc.
79 Madison Ave
New York, NY 10016

Gary Davidson
13963 S. Bell Rd.
Homer Glen, IL 60491

Home Depot Credit Services
PO Box 790328
St. Louis, MO 63179

Hope Lautenbach
10733 White Tail Run
Orland Park, IL 60467

James P. Mulder
13225 Birds Eye Ct.
Plainfield, IL 60585

Jeannette Leavitt
5730 S. Kenwood Ave.
Chicago, IL 60637

Jeff Gallichio
23313 Sunburst Point
Frankfort, IL 60423

JoAnn Watze
4131 40th Av., S.
Minneapolis, MN 55406

JoAnn Watze & Nancy Lutz
4131 40th Ave., S.
Minneapolis, MN 55406

Jonathan Lautenbach
10733 White Tail Run
Orland Park, IL 60467

Ken Lautenbach II
10635 White Tail Run
Orland Park, IL 60467

Kenneth Lauten III
15112 W. 102nd Ave.
Dyer, IN 46311

Laurence Lautenbach
18411 S. 115th Ave.
Chicago, IL 60647

Lautenbach Family Trust
18410 S. 115 Ave.
Orland Park, IL 60467

Liangmo Yang
20 Donatello Ct.
Monmouth Junction, NJ 08852

Linda O'Neill
c/o Kulerski Cornelison Law Firm
1S 660 Midwest Av. #320
Oakbrook Terrace, IL 60181

Meghan Mulvihill
2445 Cherry Lane
Northbrook, IL 60062

Paul Stanton
157 W. Main St., Apt. 312
Whitewater, WI 53190

RealtyShares
525 Market St., Ste. 2800
San Francisco, CA 94105

Sam Marzo
13551 Cambridge Dr.
Lemont, IL 60439

Scott Netterville
c/o Faith Baptist Church
1280 Armor Rd.
Bourbonnais, IL 60914

Sherman Yang
4615 Center Blvd., Apt. 1904
Long Island City, NY 11109

Steve Banaszek
14413 Rathfarn Dr.
Homer Glen, IL 60491

Visa
USPS FCU
PO Box 672051
Dallas, TX 75267-2021

Wiedner & McAuliffe, Ltd.
1 N. Franklin St.
Floor 19
Chicago, IL 60606

Liberty Mutual Insurance
c/o The Leviton Law Firm, Ltd.
3 Golf Center, Ste. 361
2550 W. Golf Road
Rolling Meadows, IL 60008

Mary Wallace
9401 Sproat Ave
Oak Lawn, IL 60453

Menards
HSBC Retail Services
3300 Ludington St.
Escanaba, MI 49829

Pieter Lautenbach
10733 White Tail Run
Orland Park, IL 60467

Robert Anglea
4742 N. 2250W Rd.
Bourbonnais, IL 60914

Schilling Lumber
9901 W. 191st St.
Mokena, IL 60448

Shannon E Bauer Aronson
250 West St., Apt. 9E
New York, NY 10013

Stacy O'Neill
2925 E. Grange Ave.
Cudahy, WI 53110

Trevell Lewis, Chi Muni-Lewis
c/o Keil M. Larson
35 E. Wacker Drive, Ste. 650
Chicago, IL 60601

William McDermott
1161 Hickory Creek Dr.
New Lenox, IL 60451

Nationstar Mortgage LLC d/b/a Mr. Cooper
RAS Crane LLC
10700 Abbotts Bridge Road, Suite 170
Duluth, GA 30097-8461

6

PRA Receivables Management, LLC
PO Box 41021
Norfolk, VA 23541-1021

American Express National Bank
c/o Becket and Lee LLP
PO Box 3001
Malvern PA 19355-0701

Byline Bank
180 N. LaSalle St.
Suite 400
Chicago, IL 60601-2504

Byline Bank
Thomas Lombardo Esq
216 Higgins Rd
Park Ridge, IL 60068-5706

Capital One Bank (USA), N.A.
PO Box 71083
Charlotte, NC 28272-1083

Commonwealth Edison Company
Bankruptcy Department
1919 Swift Drive
Oakbrook, IL 60523-1502

Internal Revenue Service
Centralized Insolvency Operations
PO Box 7346
Philadelphia, PA 19101-7346

Discover Financial Services LLC
PO Box 3025
New Albany OH 43054-3025

Ferguson Enterprises, Inc.
Mark A. Kirkorsky, P.C.
P.O. Box 25287
Tempe, AZ 85285-5287

Finance of America Commercial LLC
Polsinelli Pc Jean Soh
150 North Riverside
Chicago, IL 60606-1598

JPMorgan Chase Bank, National Association
National Bankruptcy Department
P.O. Box 29505 AZ1-1191
Phoenix, AZ 85038-9505

JoAnn Watzke
181 Beeney Road SE
Port Charlotte, FL 33952-9708

JoAnn Watzke and Nancy Lutz
181 Beeney Road SE
Port Charlotte, FL 33952-9708

Joseph L. Whipple (#021391)
Mark A. Kirkorsky, P.C.
P.O. Box 25287
Tempe, AZ 85285-5287

Linda O'Neill
1861 Black Road
Joliet, IL 60435-3591

Mary Wallace
Frankfort Law Group
10075 W Lincoln Highway
Frankfort, IL 60423-1272

Mr. Cooper
8950 Cypress Waters Blvd.
Coppell, TX 75019-4620

Nationstar Mortgage LLC
RAS Crane LLC
10700 Abbotts Bridge Road
Suite 170
Duluth, GA 30097-8461

Nationstar Mortgage LLC d/b/a Mr. Cooper
ATTN: Bankruptcy Dept
PO Box 619096
Dallas, TX 75261-9096

PNC Bank, N.A.
PO Box 94982
Cleveland, OH 44101-4982

Ras Crane, LLC
Bankruptcy Department
10700 Abbott's Bridge Road, Suite 1
Duluth, GA 30097-8458

Robert Anglea
4742 N. 2250W Rd.
Bourbonnais, IL 60914-4261

Schilling Lumber
9801 W. 191st St.
Mokena, IL 60448-8354

Bill Biros, Jr.
Scannell & Associates, P.C.
9901 South Western Ave., Suite 100
Chicago, IL 60643-1800

Linda I O'Neill
4420 W. 87th Place
Hometown, IL 60456-1008

Department of Treasury
Internal Revenue Service
230 S. Dearborn
Room 2600, M/S 5014CHI
Chicago, IL 60604

RE/Max 1st Service
15637 S. 94th Ave.
Orland Park, IL 60462-4722

Sam Marzo
14623 Clover Lane
Homer Glen, IL 60491-6983

Synchrony Bank
c/o PRA Receivables Management, LLC
PO Box 41021
Norfolk VA 23541-1021

David P Lloyd
David P. Lloyd, Ltd.
615B S. LaGrange Rd.
LaGrange, IL 60525-6864

Patrick S Layng
Office of the U.S. Trustee, Region 11
219 S Dearborn St
Room 873
Chicago, IL 60604-2027

Schilling Brothers Lumber of Illinois, Inc.
8900 Wicker Ave.
Saint John, IN 46373

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | | |
|---|---|---|
| In re: | ) | Chapter 7 |
| | ) | |
| THOMAS O'NEILL, | ) | Case No. 18-17811 |
| | ) | |
| Debtor. | ) | Hon. A. Benjamin Goldgar |

### MOTION TO SELL PROPERTY OF THE ESTATE

Catherine Steege, not individually but as chapter 7 trustee (the "Trustee") for the bankruptcy estate of Thomas O'Neill, moves for entry of an Order authorizing the Trustee to sell a 2006 Porsche Boxster S, pursuant to 11 U.S.C. §363(b)(1), and states:

### JURISDICTION AND VENUE

1. This Court has jurisdiction over this matter pursuant to 28 U.S.C. § 1334. This is a core proceeding pursuant to 28 U.S.C. § 157(b)(2). Venue is proper pursuant to 28 U.S.C. §§ 1408 and 1409. The Trustee consents to the entry of a final order by this Court.

2. This Motion is made pursuant section 363 of title 11 of the United States Code (the "Bankruptcy Code") and Rule 6004 of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules").

### BACKGROUND

3. On June 22, 2018, the Debtor filed a bankruptcy petition under chapter 11 of the Bankruptcy Code. On January 22, 2019, the Court converted the case to one under chapter 7 and thereafter, the United States Trustee for the Northern District of Illinois appointed the Trustee.

4. The Debtor's bankruptcy estate includes a 2006 Boxster S Porsche (the "Porsche"). The Porsche has approximately 19,000 miles on it and is in need of a new battery and tires. The Debtor has not claimed an exemption in the Porsche, having retained a different

vehicle, and has not scheduled any liens against the Porsche. Based on Edmunds, the value of a 2006 Porsche Boxster ranges from $5,500 to $16,900.

5. The Trustee has received an offer to purchase the Porsche from STRI for $8,691.00 to be paid within three days after entry of an order approving the sale. The terms of the proposed sale are set forth in **Exhibit A** attached hereto.

## RELIEF REQUESTED

6. The Trustee requests authority to sell the Porsche free and clear of liens, claims, and encumbrances pursuant to 11 U.S.C. §363(b)(1) and (f) in accordance with the terms of Exhibit A hereto.

## BASIS FOR RELIEF

7. Section 363(b)(1) of the Bankruptcy Code provides that a trustee, "after notice and a hearing, may use, sell or lease, other than in the ordinary course of business, property of the estate."

8. The sale of the Porsche should be authorized pursuant to section 363 of the Bankruptcy Code because the sale is necessary to liquidate the assets of the estate and thus, there is a sound business purpose for the sale. *See e.g., Meyers v. Martin (In re Martin)*, 91 F.3d 389, 395 (3d Cir. 1996) (citing *Fulton State Bank v. Schipper (In re Schipper)*, 933 F.2d 513, 515 (7th Cir. 1991)); *In re Abbotts Dairies of Pennsylvania, Inc.*, 788 F.2d 143 (3d Cir. 1986); *Stephens Indus., Inc. v. McClung*, 789 F.2d 386, 390 (6th Cir. 1986); *In re Lionel Corp.*, 722 F.2d 1063 (2d Cir. 1983); *In re Titusville Country Club*, 128 B.R. 396 (W.D. Pa. 1991); *In re Delaware & Hudson Railway Co.*, 124 B.R. 169, 176 (D. Del. 1991).

2

9. Section 363(f) of the Bankruptcy Code provides:

> The trustee may sell property under subsection (b) or (c) of this section free and clear of any interest in such property of an entity other than the estate, only if –
>
> (1) applicable nonbankruptcy law permits sale of such property free and clear of such interest;
>
> (2) such entity consents;
>
> (3) such interest is a lien and the price at which such property is to be sold is greater than the aggregate value of all liens on such property;
>
> (4) such interest is in a bona fide dispute; or
>
> (5) such entity could be compelled, in a legal or equitable proceeding, to accept a money satisfaction of such interest.

11 U.S.C. § 363(f).

10. There are no known entities asserting any claims or liens or interest in the Porsche.

## **NOTICE**

11. The Trustee has provided at least 30 days' notice of this Objection to: (a) the Office of the United States Trustee; (b) all counsel of record who have formally requested notice in the Debtors' case; and (c) all creditors.

3

WHEREFORE, the Trustee respectfully requests that the Court enter an Order authorizing her to sell the Porsche pursuant to the terms of Exhibit A hereto and granting such other relief as may be just.

Respectfully submitted,

CATHERINE STEEGE, not individually but as Trustee for the bankruptcy estate of THOMAS O'NEILL

BY:  */s/ Catherine Steege*
        One of Her Attorneys

Catherine Steege (06183529)
Jenner & Block LLP
330 N. Wabash Avenue
Chicago, IL  60611
PH:   312/923-2952
FAX:  312/840-7352

Dated: March 22, 2021

4

# EXHIBIT A

## ASSET PURCHASE AGREEMENT

THIS ASSET PURCHASE AGREEMENT (this "Agreement"), dated as of 3-22-2021 ~~2021~~ by and between CATHERINE L. STEEGE, not individually but solely as chapter 7 trustee of THOMAS O'NEIL'S bankruptcy estate ("**Trustee**" or "**Seller**") and ___STRI___ ("**Purchaser**," together with the Seller, the "**Parties**").

**WITNESSETH:**

WHEREAS, on or about June 22, 2018, Thomas O'Neil filed a voluntary petition for relief under chapter 11 of the Bankruptcy Code in the United States Bankruptcy Court for the Northern District of Illinois ("**Court**"), jointly administered under Case No. 18-17811; and

WHEREAS, on or about January 22, 2019, the bankruptcy case was converted to one under chapter 7 and the Trustee was appointed; and

WHEREAS, one of the assets of the estate is a 2006 Boxster S Porsche (the "**Porsche**");

WHEREAS, Purchaser desires to purchase the Porsche and Seller has the authority, subject to Court approval, to do so;

NOW THEREFORE, in consideration of the promises and mutual undertakings herein contained, Seller and Purchaser agree as follows:

1. **Purchase Price.** The Purchase Price shall be good funds in the amount of ~~Ten Thousand~~ Eight Thousand Six Hundred and ~~No/100 Dollars ($10,000.00)~~ Ninety One and ~~$10,000~~ $8691.00 within 3 business days of receipt by Purchaser of this executed Agreement and the entry of an Order of the Court approving this Agreement.

2. **Seller's Representations and Warranties.** THE SELLER SELLS, ASSIGNS, AND TRANSFERS THE PORSCHE TO THE PURCHASER "**AS IS, WHERE IS**" WITHOUT ANY REPRESENTATIONS OR WARRANTIES WHATSOEVER, WHETHER EXPRESS, IMPLIED OR IMPOSED BY LAW.

3. **Free and Clear Sale.** The sale of Remnant Assets shall be free and clear of any liens, claims, or encumbrances pursuant to 11 U.S.C. § 363(f).

4. **Entire Agreement.** This Agreement embodies the entire agreement and understanding between Seller and the Purchaser and supersedes any and all prior agreements and understandings with respect to the subject matter hereof. This Agreement may not be amended or in any manner modified unless such amendment or modification is in writing and signed by both parties.

5. **Benefits and Binding Effect.** All provisions contained in this Agreement or any document referred to herein or relating hereto shall inure to the benefit of and shall be binding upon the respective successors and assigns of Seller and the Purchaser.

6. **Governing Law.** This Agreement shall be governed by and construed in accordance with the internal laws of the State of Illinois, without giving effect to choice of law principles of the

1

State of Illinois. Any disputes relating to or arising out of this Agreement shall be adjudicated by the Court.

7. **Counterparts.** This Agreement may be executed in one or more counterparts, each of which shall be deemed an original but all of which together will constitute one and the same instrument, and copies or facsimiles of execution signatures shall be equivalent to original signatures.

**THIS AGREEMENT** has been duly executed as of the day and year first above written.

_____STRI_____

Address: 2000 ELMHURST RD
         EGV IL 60007.


**CATHERINE L. STEEGE, not individually, but solely as chapter 7 trustee for the bankruptcy estates of Thomas O'Neill**

By: _Catherine Steege_
Name: Catherine L. Steege, as Trustee

Address: c/o Jenner & Block LLP, 353 N. Clark St., Chicago, IL 60654-3456
Tel (312) 222-9350

2