**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | | |
|---|---|---|
| In re: | ) | Chapter 7 |
| | ) | |
| THOMAS O'NEILL, | ) | Case No. 18-17811 |
| | ) | |
| Debtor. | ) | Hon. A. Benjamin Goldgar |
| | ) | |
| | ) | Hearing: June 7, 2021 at 9:30 a.m. |

**NOTICE OF MOTION**

TO:   SEE ATTACHED SERVICE LIST

PLEASE TAKE NOTICE that on Monday, June 7, 2021, at 9:30 a.m. or as soon thereafter as counsel may be heard, we shall appear before the Honorable A. Benjamin Goldgar or before any other judge who may be sitting in his place, and present the attached **Motion to Approve Sale of Rolex**, a copy of which is attached.

**This motion will be presented and heard electronically using Zoom for Government**. No personal appearance in court is necessary or permitted. To appear and be heard on the motion, you must do the following:

**To appear by video**, use this link: https://www.zoomgov.com/. Then enter the meeting ID and password.

**To appear by telephone**, call Zoom for Government at 1-669-254-5252 or 1-646-828-7666. Then enter the meeting ID and password.

**Meeting ID and password**. The meeting ID for this hearing is 161 500 0972 and the passcode is 726993. The meeting ID and passcode can also be found on the judge's page on the court's web site.

**If you object to this motion** and want it called on the presentment date above, you must file a Notice of Objection no later than two (2) business days before that date. If a Notice of Objection is timely filed, the motion will be called on the presentment date. If no Notice of Objection is timely filed, the court may grant the motion in advance without a hearing.

Dated:  May 4, 2021                                      CATHERINE STEEGE, not individually but as Chapter 7 trustee for the bankruptcy estate of each of the above-captioned debtor.

　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　 　*/s/Catherine Steege*
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　One of Her Attorneys

Catherine Steege (6183529)
JENNER & BLOCK LLP
353 N. Clark Street
Chicago, Illinois 60654-3456
(312) 222-9350
(312) 527-0484

*Counsel for the Chapter 7 Trustee*

## CERTIFICATE OF SERVICE

I, Catherine Steege, an attorney, hereby certify that on May 4, 2021, copies of the **Motion to Approve Sale of Rolex** were served by Court's ECF system on all counsel of record and by first-class mail on the U.S. Trustee, the debtor, and creditors, as identified in the attached Service List.



*/s/Catherine Steege*
Catherine Steege

Catherine Steege (6183529)
JENNER & BLOCK LLP
353 N. Clark Street
Chicago, Illinois 60654-3456
(312) 222-9350
(312) 527-0484

*Counsel for the Chapter 7 Trustee*

## Service List
(Case No. 14-08893)

**VIA ECF Notification:**

- Firas M. Abunada    fmabunada@jprlaw.net
- Peter C Bastianen    ND-Four@il.cslegal.com
- John S Biallas    jsb70@comcast.net
- Elizabeth R Brusa    elizabeth.brusa@usdoj.gov
- Abraham Brustein    abrustein@dimonteandlizak.com, jjarke@dimontelaw.com
- Michael K Desmond    mdesmond@fslegal.com
- Timothy M Kelly    tkelly@scannelllaw.com
- Patrick S Layng    USTPRegion11.ES.ECF@usdoj.gov
- David P Lloyd    courtdocs@davidlloydlaw.com
- Thomas M Lombardo    tlombardo@dimontelaw.com, MRUSSELL@DIMONTELAW.COM;kgezunterman@dimontelaw.com
- Jacqueline Opyd    jdo@jtlawllc.com, lld@jtlawllc.com
- Michael J Palumbo    michael@gplawllc.com, anthony@gplawllc.com
- Thomas J Scannell    tomscannell@scannelllaw.com

- M. Gretchen Silver    ustpregion11.es.ecf@usdoj.gov, gretchen.silver@usdoj.gov;denise.delaurent@usdoj.gov
- Jean Soh    jsoh@polsinelli.com, chicagodocketing@polsinelli.com
- Thomas W Toolis    twt@jtlawllc.com, lld@jtlawllc.com;reception@jtlawllc.com
- Amanda J Wiese    bankruptcy@hsbattys.com, bk4hsbm@gmail.com; hbm@ecf.courtdrive.com

**By First Class Mail:**

Sandra T. Rasnak, Esq.
U.S. Trustee's Office
Suite 800
219 S. Dearborn Street
Chicago, Illinois  60606

Thomas O'Neill
5805 Rose Ave., Apt. 6
Countryside, IL 60525

Adam Kiwior
11828 Brook Ct.
Frankfort, IL 60423

Ainslee Lautenbach
10733 White Tail Run
Orland Park, IL 60467

America Express Head Office
World Financial Center
200 Vesey Street
New York, NY 10285

Bill Biros
10941 S. Washtenaw
Chicago, IL 60655

Bob & Pam Persak
13574 Cambridge Dr.
Lemont, IL 60439

Bob Persak Sr.
13755 Golden Oak Dr.
Homer Glen, IL 60491

Bob Persak Sr.
13574 Cambridge Dr.
Lemont, IL 60439

Chicago Housing Inc.
4615 Center Blvd., Apt. 1904
Long Island City, NY 11109

DAS Properties
PO Box 9590
Naperville, IL 60567

Dave Lautenbach
10733 White Tail Run
Orland Park, IL 60467

Dave Lewandowski
10539 Misty Hill
Orland Park, IL 60462

Discover
PO Box 15316
Wilmington, DE 19850

Ellott Aronson
250 West St., Apt. 9E
New York, NY 10013

Faith Baptist Church
1280 Armour Rd.
Bourbonnais, IL 60914

Finance of America
1011 Warrenville Road, Ste. 325
Lisle, IL 60532

Fund That Flip, Inc.
c/o Gingo Palumbo Law Group LLC
4700 Rockside Rd., Suite 440
Independence, OH 44131

Fund That Flip, Inc.
79 Madison Ave
New York, NY 10016

Gary Davidson
13963 S. Bell Rd.
Homer Glen, IL 60491

Home Depot Credit Services
PO Box 790328
St. Louis, MO 63179

Hope Lautenbach
10733 White Tail Run
Orland Park, IL 60467

James P. Mulder
13225 Birds Eye Ct.
Plainfield, IL 60585

Jeannette Leavitt
5730 S. Kenwood Ave.
Chicago, IL 60637

Jeff Gallichio
23313 Sunburst Point
Frankfort, IL 60423

JoAnn Watze
4131 40th Av., S.
Minneapolis, MN 55406

JoAnn Watze & Nancy Lutz
4131 40th Ave., S.
Minneapolis, MN 55406

Jonathan Lautenbach
10733 White Tail Run
Orland Park, IL 60467

Ken Lautenbach II
10635 White Tail Run
Orland Park, IL 60467

Kenneth Lauten III
15112 W. 102nd Ave.
Dyer, IN 46311

Laurence Lautenbach
18411 S. 115th Ave.
Chicago, IL 60647

Lautenbach Family Trust
18410 S. 115 Ave.
Orland Park, IL 60467

Liangmo Yang
20 Donatello Ct.
Monmouth Junction, NJ 08852

Liberty Mutual Insurance
c/o The Leviton Law Firm, Ltd.
3 Golf Center, Ste. 361
2550 W. Golf Road
Rolling Meadows, IL 60008

Linda O'Neill
c/o Kulerski Cornelison Law Firm
1S 660 Midwest Av. #320
Oakbrook Terrace, IL 60181

Mary Wallace
9401 Sproat Ave
Oak Lawn, IL 60453

Meghan Mulvihill
2445 Cherry Lane
Northbrook, IL 60062

Menards
HSBC Retail Services
3300 Ludington St.
Escanaba, MI 49829

Paul Stanton
157 W. Main St., Apt. 312
Whitewater, WI 53190

Pieter Lautenbach
10733 White Tail Run
Orland Park, IL 60467

RealtyShares
525 Market St., Ste. 2800
San Francisco, CA 94105

Robert Anglea
4742 N. 2250W Rd.
Bourbonnais, IL 60914

3

Sam Marzo
13551 Cambridge Dr.
Lemont, IL 60439

Scott Netterville
c/o Faith Baptist Church
1280 Armor Rd.
Bourbonnais, IL 60914

Sherman Yang
4615 Center Blvd., Apt. 1904
Long Island City, NY 11109

Steve Banaszek
14413 Rathfarn Dr.
Homer Glen, IL 60491

Visa
USPS FCU
PO Box 672051
Dallas, TX 75267-2021

Wiedner & McAuliffe, Ltd.
1 N. Franklin St.
Floor 19
Chicago, IL 60606

PRA Receivables Management, LLC
PO Box 41021
Norfolk, VA 23541-1021

Byline Bank
180 N. LaSalle St.
Suite 400
Chicago, IL 60601-2504

Capital One Bank (USA), N.A.
PO Box 71083
Charlotte, NC 28272-1083

Internal Revenue Service
Centralized Insolvency Operations
PO Box 7346
Philadelphia, PA 19101-7346

Schilling Lumber
9901 W. 191st St.
Mokena, IL 60448

Shannon E Bauer Aronson
250 West St., Apt. 9E
New York, NY 10013

Stacy O'Neill
2925 E. Grange Ave.
Cudahy, WI 53110

Trevell Lewis, Chi Muni-Lewis
c/o Keil M. Larson
35 E. Wacker Drive, Ste. 650
Chicago, IL 60601

William McDermott
1161 Hickory Creek Dr.
New Lenox, IL 60451

Nationstar Mortgage LLC d/b/a Mr. Cooper
RAS Crane LLC
10700 Abbotts Bridge Road, Suite 170
Duluth, GA 30097-8461

American Express National Bank
c/o Becket and Lee LLP
PO Box 3001
Malvern PA 19355-0701

Byline Bank
Thomas Lombardo Esq
216 Higgins Rd
Park Ridge, IL 60068-5706

Commonwealth Edison Company
Bankruptcy Department
1919 Swift Drive
Oakbrook, IL 60523-1502

Discover Financial Services LLC
PO Box 3025
New Albany OH 43054-3025

4

Ferguson Enterprises, Inc.
Mark A. Kirkorsky, P.C.
P.O. Box 25287
Tempe, AZ 85285-5287

Finance of America Commercial LLC
Polsinelli Pc Jean Soh
150 North Riverside
Chicago, IL 60606-1598

JPMorgan Chase Bank, National Association
National Bankruptcy Department
P.O. Box 29505 AZ1-1191
Phoenix, AZ 85038-9505

JoAnn Watzke
181 Beeney Road SE
Port Charlotte, FL 33952-9708

JoAnn Watzke and Nancy Lutz
181 Beeney Road SE
Port Charlotte, FL 33952-9708

Joseph L. Whipple (#021391)
Mark A. Kirkorsky, P.C.
P.O. Box 25287
Tempe, AZ 85285-5287

Linda O'Neill
1861 Black Road
Joliet, IL 60435-3591

Mary Wallace
Frankfort Law Group
10075 W Lincoln Highway
Frankfort, IL 60423-1272

Mr. Cooper
8950 Cypress Waters Blvd.
Coppell, TX 75019-4620

Nationstar Mortgage LLC
RAS Crane LLC
10700 Abbotts Bridge Road
Suite 170
Duluth, GA 30097-8461

Nationstar Mortgage LLC d/b/a Mr. Cooper
ATTN: Bankruptcy Dept
PO Box 619096
Dallas, TX 75261-9096

PNC Bank, N.A.
PO Box 94982
Cleveland, OH 44101-4982

Ras Crane, LLC
Bankruptcy Department
10700 Abbott's Bridge Road, Suite 1
Duluth, GA 30097-8458

RE/Max 1st Service
15637 S. 94th Ave.
Orland Park, IL 60462-4722

Robert Anglea
4742 N. 2250W Rd.
Bourbonnais, IL 60914-4261

Sam Marzo
14623 Clover Lane
Homer Glen, IL 60491-6983

Schilling Lumber
9801 W. 191st St.
Mokena, IL 60448-8354

Synchrony Bank
c/o PRA Receivables Management, LLC
PO Box 41021
Norfolk VA 23541-1021

Bill Biros, Jr.
Scannell & Associates, P.C.
9901 South Western Ave., Suite 100
Chicago, IL 60643-1800

David P Lloyd
David P. Lloyd, Ltd.
615B S. LaGrange Rd.
LaGrange, IL 60525-6864

5

| | |
|---|---|
| Linda I O'Neill<br>4420 W. 87th Place<br>Hometown, IL 60456-1008 | Patrick S Layng<br>Office of the U.S. Trustee, Region 11<br>219 S Dearborn St<br>Room 873<br>Chicago, IL 60604-2027 |
| Department of Treasury<br>Internal Revenue Service<br>230 S. Dearborn<br>Room 2600, M/S 5014CHI<br>Chicago, IL 60604 | Schilling Brothers Lumber of Illinois, Inc.<br>8900 Wicker Ave.<br>Saint John, IN 46373 |

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | | |
|---|---|---|
| In re: | ) | Chapter 7 |
| | ) | |
| THOMAS O'NEILL, | ) | Case No. 18-17811 |
| Debtor. | ) | |
| | ) | Hon. A. Benjamin Goldgar |
| | ) | |
| | ) | Hearing: June 7, 2021 at 9:30 a.m. |

## MOTION TO SELL PROPERTY OF THE ESTATE

Catherine Steege, not individually but as chapter 7 trustee (the "**Trustee**") for the bankruptcy estate of Thomas O'Neill, moves for entry of an Order authorizing the Trustee to sell a Rolex watch, pursuant to 11 U.S.C. § 363(b)(1), and states:

## JURISDICTION AND VENUE

1. This Court has jurisdiction over this matter pursuant to 28 U.S.C. § 1334. This is a core proceeding pursuant to 28 U.S.C. § 157(b)(2). Venue is proper pursuant to 28 U.S.C. §§ 1408 and 1409. The Trustee consents to the entry of a final order by this Court.

2. This Motion is made pursuant section 363 of title 11 of the United States Code (the "**Bankruptcy Code**") and Rule 6004 of the Federal Rules of Bankruptcy Procedure (the "**Bankruptcy Rules**").

## BACKGROUND

3. On June 22, 2018, the Debtor filed a bankruptcy petition under chapter 11 of the Bankruptcy Code. On January 22, 2019, the Court converted the case to one under chapter 7 and thereafter, the United States Trustee for the Northern District of Illinois appointed the Trustee.

4. The Debtor's bankruptcy estate includes a Rolex Datejust 16013 36mm steel and gold wristwatch (serial no. 8594543) (the "**Rolex**").

5. Razny Jewelers has offered to purchase the Rolex from the Trustee for a lump sum cash payment of $1,500.00 (the "**Purchase Price**"). A copy of the offer is attached hereto as Exhibit A. the sale will be "as is" "where is" without representations or warranties of any kind.

## RELIEF REQUESTED

6. The Trustee therefore requests authority to sell the Rolex free and clear of any liens, claims, and encumbrances pursuant to 11 U.S.C. §363(b)(1) and (f) to: (a) Razny Jewelers in exchange for the Purchase Price; or (b) any party that makes a higher offer before the hearing on this Motion.

## BASIS FOR RELIEF

7. Section 363(b)(1) of the Bankruptcy Code provides that a trustee, "after notice and a hearing, may use, sell or lease, other than in the ordinary course of business, property of the estate."

8. The sale of the Rolex should be authorized pursuant to section 363 of the Bankruptcy Code because the sale is necessary to liquidate the assets of the estate and thus, there is a sound business purpose for the sale. *See e.g., Meyers v. Martin (In re Martin)*, 91 F.3d 389, 395 (3d Cir. 1996) (citing *Fulton State Bank v. Schipper (In re Schipper)*, 933 F.2d 513, 515 (7th Cir. 1991)); *In re Abbotts Dairies of Pennsylvania, Inc.*, 788 F.2d 143 (3d Cir. 1986); *Stephens Indus., Inc. v. McClung*, 789 F.2d 386, 390 (6th Cir. 1986); *In re Lionel Corp.*, 722 F.2d 1063 (2d Cir. 1983); *In re Titusville Country Club*, 128 B.R. 396 (W.D. Pa. 1991); *In re Delaware & Hudson Railway Co.*, 124 B.R. 169, 176 (D. Del. 1991).

9. Section 363(f) of the Bankruptcy Code provides:

> The trustee may sell property under subsection (b) or (c) of this section free and clear of any interest in such property of an entity other than the estate, only if –
>
> (1) applicable nonbankruptcy law permits sale of such property free and clear of such interest;
>
> (2) such entity consents;
>
> (3) such interest is a lien and the price at which such property is to be sold is greater than the aggregate value of all liens on such property;
>
> (4) such interest is in a bona fide dispute; or
>
> (5) such entity could be compelled, in a legal or equitable proceeding, to accept a money satisfaction of such interest.

11 U.S.C. § 363(f).

10. There are no known entities asserting any claims or liens or interest in the Rolex. Moreover, the Trustee believes that the Purchase Price represents a fair value for the Rolex given its condition and her understanding of the market for comparable pre-owned watches.

## **NOTICE**

11. In accordance with Bankruptcy Rule 2002 and Bankruptcy Rule 6004, the Trustee has provided more than twenty-one days' notice of this Motion to the U.S. Trustee, the debtor, and all creditors.

WHEREFORE, the Trustee respectfully requests that the Court enter an Order, substantially in the form attached hereto, (i) authorizing her to sell the Rolex to: (a) Razny Jewelers in exchange for the Purchase Price; or (b) to any other party who submits a higher bid before the hearing on this Motion; and (ii) granting such other relief as may be just.

    Respectfully submitted,

    CATHERINE STEEGE, not individually but as Trustee for the bankruptcy estate of THOMAS O'NEILL

    BY:  */s/ Catherine Steege*
               One of Her Attorneys

Catherine Steege (06183529)
Jenner & Block LLP
353 N. Clark Street
Chicago, IL  60654
PH:    312/923-2952
FAX:  312/840-7352

Dated: May 4, 2021

4