# EXHIBIT A

| | |
|---|---|
| **From:** | Matthew Abitabile <Matthew@razny.com> |
| **Sent:** | Monday, May 3, 2021 1:45 PM |
| **To:** | Steege, Catherine L. |
| **Cc:** | Osvaldo Troncoso |
| **Subject:** | Rolex Preowned Offer |

External Email – Exercise Caution

Hello Catherine,

Thank you for visiting today.

As we mentioned today, for the Rolex 36mm steel and golf Datejust reference 16013 serial number 8594543, we are willing to extend an offer of $1,500.

Please let me know how I can assist further.

Best,
Matthew



**Matthew Abitabile**
Sales Professional

Cell: 630-699-1564  Store: 630-932-4900
1501 W. Lake Street
Addison, IL 60101

