# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | | |
|---|---|---|
| In re: | ) | Chapter 7 |
| | ) | |
| THOMAS O'NEILL, | ) | Case No. 18-17811 |
| | ) | |
| Debtor. | ) | Hon. A. Benjamin Goldgar |

## CERTIFICATE OF SERVICE

I, Catherine Steege, an attorney, certify that on July 21, 2021, I served the **Notice of Trustee's Final Report and Applications for Compensation and Deadline to Object (NFR)** on all counsel of record listed on the Court's ECF Service List by the Court's ECF service and as indicated to the parties on the Service List by First Class U.S. Mail, postage prepaid and properly addressed.

       /s/ *Catherine Steege*
       Catherine Steege

# SERVICE LIST
18-17811

**VIA ECF Notification:**

- Firas M. Abunada   fmabunada@jprlaw.net
- Peter C Bastianen   ND-Four@il.cslegal.com
- John S Biallas   jsb70@comcast.net
- Elizabeth R Brusa   elizabeth.brusa@usdoj.gov
- Abraham Brustein   abrustein@dimonteandlizak.com, jjarke@dimontelaw.com
- Michael K Desmond   mdesmond@fslegal.com
- Timothy M Kelly   tkelly@scannelllaw.com
- Patrick S Layng   USTPRegion11.ES.ECF@usdoj.gov
- David P Lloyd   courtdocs@davidlloydlaw.com
- Thomas M Lombardo   tlombardo@dimontelaw.com, MRUSSELL@DIMONTELAW.COM;kgezunterman@dimontelaw.com
- Jacqueline Opyd   jdo@jtlawllc.com, lld@jtlawllc.com
- Michael J Palumbo   michael@gplawllc.com, anthony@gplawllc.com
- Thomas J Scannell   tomscannell@scannelllaw.com
- M. Gretchen Silver   ustpregion11.es.ecf@usdoj.gov, gretchen.silver@usdoj.gov;denise.delaurent@usdoj.gov
- Jean Soh   jsoh@polsinelli.com, chicagodocketing@polsinelli.com
- Thomas W Toolis   twt@jtlawllc.com, lld@jtlawllc.com;reception@jtlawllc.com
- Amanda J Wiese   bankruptcy@hsbattys.com, bk4hsbm@gmail.com; hbm@ecf.courtdrive.com

**By First Class Mail:**

Sandra T. Rasnak, Esq.
U.S. Trustee's Office
Suite 800
219 S. Dearborn Street
Chicago, Illinois 60606

Thomas O'Neill
5805 Rose Ave., Apt. 6
Countryside, IL 60525

Adam Kiwior
11828 Brook Ct.
Frankfort, IL 60423

Ainslee Lautenbach
10733 White Tail Run
Orland Park, IL 60467

America Express Head Office
World Financial Center
200 Vesey Street
New York, NY 10285

Bill Biros
10941 S. Washtenaw
Chicago, IL 60655

Bob & Pam Persak
13574 Cambridge Dr.
Lemont, IL 60439

Bob Persak Sr.
13755 Golden Oak Dr.
Homer Glen, IL 60491

Bob Persak Sr.
13574 Cambridge Dr.
Lemont, IL 60439

Chicago Housing Inc.
4615 Center Blvd., Apt. 1904
Long Island City, NY 11109

DAS Properties
PO Box 9590
Naperville, IL 60567

Dave Lautenbach
10733 White Tail Run
Orland Park, IL 60467

Dave Lewandowski
10539 Misty Hill
Orland Park, IL 60462

Discover
PO Box 15316
Wilmington, DE 19850

Ellott Aronson
250 West St., Apt. 9E
New York, NY 10013

Faith Baptist Church
1280 Armour Rd.
Bourbonnais, IL 60914

Finance of America
1011 Warrenville Road, Ste. 325
Lisle, IL 60532

Fund That Flip, Inc.
c/o Gingo Palumbo Law Group LLC
4700 Rockside Rd., Suite 440
Independence, OH 44131

Fund That Flip, Inc.
79 Madison Ave
New York, NY 10016

Gary Davidson
13963 S. Bell Rd.
Homer Glen, IL 60491

Home Depot Credit Services
PO Box 790328
St. Louis, MO 63179

Hope Lautenbach
10733 White Tail Run
Orland Park, IL 60467

James P. Mulder
13225 Birds Eye Ct.
Plainfield, IL 60585

Jeannette Leavitt
5730 S. Kenwood Ave.
Chicago, IL 60637

Jeff Gallichio
23313 Sunburst Point
Frankfort, IL 60423

JoAnn Watze
4131 40th Av., S.
Minneapolis, MN 55406

JoAnn Watze & Nancy Lutz
4131 40th Ave., S.
Minneapolis, MN 55406

Jonathan Lautenbach
10733 White Tail Run
Orland Park, IL 60467

Ken Lautenbach II
10635 White Tail Run
Orland Park, IL 60467

Kenneth Lauten III
15112 W. 102nd Ave.
Dyer, IN 46311

Laurence Lautenbach
18411 S. 115th Ave.
Chicago, IL 60647

Lautenbach Family Trust
18410 S. 115 Ave.
Orland Park, IL 60467

Liangmo Yang
20 Donatello Ct.
Monmouth Junction, NJ 08852

Linda O'Neill
c/o Kulerski Cornelison Law Firm
1S 660 Midwest Av. #320
Oakbrook Terrace, IL 60181

Meghan Mulvihill
2445 Cherry Lane
Northbrook, IL 60062

Paul Stanton
157 W. Main St., Apt. 312
Whitewater, WI 53190

RealtyShares
525 Market St., Ste. 2800
San Francisco, CA 94105

Sam Marzo
13551 Cambridge Dr.
Lemont, IL 60439

Scott Netterville
c/o Faith Baptist Church
1280 Armor Rd.
Bourbonnais, IL 60914

Sherman Yang
4615 Center Blvd., Apt. 1904
Long Island City, NY 11109

Steve Banaszek
14413 Rathfarn Dr.
Homer Glen, IL 60491

Visa
USPS FCU
PO Box 672051
Dallas, TX 75267-2021

Wiedner & McAuliffe, Ltd.
1 N. Franklin St.
Floor 19
Chicago, IL 60606

Liberty Mutual Insurance
c/o The Leviton Law Firm, Ltd.
3 Golf Center, Ste. 361
2550 W. Golf Road
Rolling Meadows, IL 60008

Mary Wallace
9401 Sproat Ave
Oak Lawn, IL 60453

Menards
HSBC Retail Services
3300 Ludington St.
Escanaba, MI 49829

Pieter Lautenbach
10733 White Tail Run
Orland Park, IL 60467

Robert Anglea
4742 N. 2250W Rd.
Bourbonnais, IL 60914

Schilling Lumber
9901 W. 191st St.
Mokena, IL 60448

Shannon E Bauer Aronson
250 West St., Apt. 9E
New York, NY 10013

Stacy O'Neill
2925 E. Grange Ave.
Cudahy, WI 53110

Trevell Lewis, Chi Muni-Lewis
c/o Keil M. Larson
35 E. Wacker Drive, Ste. 650
Chicago, IL 60601

William McDermott
1161 Hickory Creek Dr.
New Lenox, IL 60451

Nationstar Mortgage LLC d/b/a Mr. Cooper
RAS Crane LLC
10700 Abbotts Bridge Road, Suite 170
Duluth, GA 30097-8461

PRA Receivables Management, LLC
PO Box 41021
Norfolk, VA 23541-1021

American Express National Bank
c/o Becket and Lee LLP
PO Box 3001
Malvern PA 19355-0701

Byline Bank
180 N. LaSalle St.
Suite 400
Chicago, IL 60601-2504

Byline Bank
Thomas Lombardo Esq
216 Higgins Rd
Park Ridge, IL 60068-5706

Capital One Bank (USA), N.A.
PO Box 71083
Charlotte, NC 28272-1083

Commonwealth Edison Company
Bankruptcy Department
1919 Swift Drive
Oakbrook, IL 60523-1502

Internal Revenue Service
Centralized Insolvency Operations
PO Box 7346
Philadelphia, PA 19101-7346

Discover Financial Services LLC
PO Box 3025
New Albany OH 43054-3025

Ferguson Enterprises, Inc.
Mark A. Kirkorsky, P.C.
P.O. Box 25287
Tempe, AZ 85285-5287

Finance of America Commercial LLC
Polsinelli Pc Jean Soh
150 North Riverside
Chicago, IL 60606-1598

JPMorgan Chase Bank, National Association
National Bankruptcy Department
P.O. Box 29505 AZ1-1191
Phoenix, AZ 85038-9505

JoAnn Watzke
181 Beeney Road SE
Port Charlotte, FL 33952-9708

JoAnn Watzke and Nancy Lutz
181 Beeney Road SE
Port Charlotte, FL 33952-9708

Joseph L. Whipple (#021391)
Mark A. Kirkorsky, P.C.
P.O. Box 25287
Tempe, AZ 85285-5287

Linda O'Neill
1861 Black Road
Joliet, IL 60435-3591

Mary Wallace
Frankfort Law Group
10075 W Lincoln Highway
Frankfort, IL 60423-1272

Mr. Cooper
8950 Cypress Waters Blvd.
Coppell, TX 75019-4620

Nationstar Mortgage LLC
RAS Crane LLC
10700 Abbotts Bridge Road
Suite 170
Duluth, GA 30097-8461

Nationstar Mortgage LLC d/b/a Mr. Cooper
ATTN: Bankruptcy Dept
PO Box 619096
Dallas, TX 75261-9096

PNC Bank, N.A.
PO Box 94982
Cleveland, OH 44101-4982

Ras Crane, LLC
Bankruptcy Department
10700 Abbott's Bridge Road, Suite 1
Duluth, GA 30097-8458

Robert Anglea
4742 N. 2250W Rd.
Bourbonnais, IL 60914-4261

Schilling Lumber
9801 W. 191st St.
Mokena, IL 60448-8354

Bill Biros, Jr.
Scannell & Associates, P.C.
9901 South Western Ave., Suite 100
Chicago, IL 60643-1800

Linda I O'Neill
4420 W. 87th Place
Hometown, IL 60456-1008

Department of Treasury
Internal Revenue Service
230 S. Dearborn
Room 2600, M/S 5014CHI
Chicago, IL 60604

RE/Max 1st Service
15637 S. 94th Ave.
Orland Park, IL 60462-4722

Sam Marzo
14623 Clover Lane
Homer Glen, IL 60491-6983

Synchrony Bank
c/o PRA Receivables Management, LLC
PO Box 41021
Norfolk VA 23541-1021

David P Lloyd
David P. Lloyd, Ltd.
615B S. LaGrange Rd.
LaGrange, IL 60525-6864

Patrick S Layng
Office of the U.S. Trustee, Region 11
219 S Dearborn St
Room 873
Chicago, IL 60604-2027

Schilling Brothers Lumber of Illinois, Inc.
8900 Wicker Ave.
Saint John, IN 46373